ALEXANDER B. CVITAN (SBN 81746), and **ENTER   NO JS6**
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: ac@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SO CAL TRENCHLESS TECH, INC., a California corporation; SURETY COMPANY OF THE PACIFIC, a California corporation, <br><br> Defendants. | CASE NUMBER <br><br> CV 08-01921 R (RCx) <br><br> [~~PROPOSED~~] SEVERAL JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the written Stipulation and for Entry of Judgment between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and the Defendant, SO CAL TRENCHLESS TECH, INC., a California corporation, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that,

A several judgment is entered in favor of Plaintiff,

```
 1  CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA
 2  ADMINISTRATIVE COMPANY, LLC, a Delaware limited liability company,
 3  on behalf of the LABORERS HEALTH AND WELFARE TRUST FUND FOR
 4  SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR
 5  SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR
 6  SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND
 7  FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY
 8  ADVANCEMENT;  CENTER FOR CONTRACT COMPLIANCE; and LABORERS
 9  CONTRACT ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA ("TRUST
10  FUNDS") and against Defendant, SO CAL TRENCHLESS TECH, INC., a
11  California corporation ("EMPLOYER") in the sum of $54,264.90
12  ("JUDGMENT") for amounts owed during the period from March 2005
13  through May 2008.
14       The Court finds that there is no just reason for delay in the
15  entry of a final several judgment against EMPLOYER, leaving the
16  balance of the claims by asserted by Plaintiff against the
17  remaining Defendant, SURETY COMPANY OF THE PACIFIC, a California
18  corporation, to be litigated to trial.
19  DATED:July 8, 2008
20                              _____
                                MANUEL L. REAL, JUDGE OF THE
21                              UNITED STATES DISTRICT COURT FOR
                                THE CENTRAL DISTRICT OF CALIFORNIA
22
23  SUBMITTED BY:
24  REICH, ADELL & CVITAN
25
    By:       /S/
26       MARSHA M. HAMASAKI,
         Attorneys for Plaintiff,
27       CONSTRUCTION LABORERS TRUST
         FUNDS FOR SOUTHERN CALIFORNIA
28       ADMINISTRATIVE COMPANY, LLC
```

-2-